to the United States District Court District of Maine
and Doowan, Graves + Longo ___ L.L.C

U.S. DISTRICT COURT
DISTRICT OF MAINE
RECEIVED & FILED
2021 AUG -3 P 1:38

I Robert Morin am Requesting that
my civil case be Action Nor 2021 CV-00175-JAW
be moved back to state court to the
Foreclosure division program of Androscoggin
County because if not it denies me the Right
to mediation

Sincerly
Robert Morin
8-3-20